

FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

**FILED**

2017 JAN 27 PM 1: 53

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

LARRY ARTHUR McGOWAN

(Enter above the full name of the plaintiff in this action)

VS.

MiChael Jackson, maxwell Martin,
Timothy J. McGinty, Linda Hricko, mary
Tylee; Fernando Mack, MiChael Astrab
Joseph Gorman, Judy Hunter,
Richard S. Kasay, Sheri; Bevan Walsh

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: **1 17 CV 0190**

JUDGE **JUDGE POLSTER**

**COMPLAINT**

DefAult

**MAG. JUDGE GREENBERG**

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐  NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs

    Defendants

2. Court (if federal court, name the district; if state court, name the county)

    CuyaHoga. and Summit.

3. Docket Number  16. 610024-A,  12-12-3401

4. Name of judge to whom case was assigned  Michael Jackson and Judy Hunter

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_Still Pending_

6. Approximate date of filing lawsuit _12-05-16_

7. Approximate date of disposition _____

II.    Place of Present Confinement _Cuyahoga County Jail._

A.  Is there a prisoner grievance procedure in this institution?    YES ☒   NO ☐

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     YES ☐    NO ☒

C.  If your answer is YES,

     1.  What steps did you take? _____

     _____

     2. . What was the result? _____

     _____

D.  If your answer is NO, explain why not _Because It is A court_
    _Case._

E.  If there is no prison grievance procedure in the institution, did you complain to prison
    authorities?
                        YES ☐      NO ☒

F.  If your answer is YES,

     1.  What steps did you take? _____

     _____

     2.  What was the result? _____

- 3 -

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff _LARRY A. MCGOWAN_

Address _PO BOX 5600, Cleveland, OHio 44101_

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant _Micheal E, Jackson_ is employed as
_Judge_ ~~Cuyahoga~~ at _Court of common Pleas,_

C. Additional Defendants _Judy Hunter, Michael Astrab,
Richard KASAy, Fernando Mack, Mary TyLee, Sherri WALsh,
Joseph Gorman, MAXwell MarTin, Linda Hricko, Timothy McGinty._

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I AM a Sovereign Entity and I sent out my Administive Notice to notify each Person.

1) Micheal E, JACKSON Judge, he took The case and I Notify him and Let him know, and he still is proceeding. Judy Hunter Judge, She has Failed to respond to the Affidavit. Richard S. KASAY, HAS failed to respond, MAXwell Martin has failed to

- 4 -

(Statement of Claim Continued)

Linda Hricko, has failed to respond. Fernando mack has failed to respond. Sherri Bevan walsh, has failed to respond. Mary C. tyLee, has failed to respond. Joseph Gorman, has failed to respond. Timothy J. mcginty, has failed to respond. Michael Astrab, has failed to respond. or even Ask for extra time to go on.

- 5 -

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes).

To FUll and to Make the people involved fulfil their Duties given to Them, and that was agreed upon By them.

Signed this  19th  day of  January , 19 2017 .

I declare under penalty of perjury that the foregoing is true and correct.

01-19-17
(Date)

_(Signature of Plaintiff)_
(Signature of Plaintiff)